UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

-CR-     ( ) ( ) 20 MAG 11079

Joshua Kimpson

Defendant(s).
-------------------------------------------------------------------X

Defendant __Joshua Kimpson_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


/S/Joshua Kimpson by Martin Cohen          /s/ Martin Cohen
Defendant's Signature                       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Joshua Kimpson**                          **Martin Cohen**
Print Defendant's Name                      Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

10/19/2020
Date

_____
JAMES L. COTT
United States Magistrate Judge